UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


HOUSSAM EDDINE HIJAZI,

        Plaintiff,

                                      CIVIL NO. 06-13901

vs.

                                       HONORABLE PATRICK J. DUGGAN


MICHAEL CANNON, Section Chief of the
National Name Check Program at the FBI, et al.,

        Defendants.

_____/

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

        The parties stipulate to dismiss this action without prejudice with each party to bear its

own costs and attorney's fees.


                                              United States Attorney


                                              s/L. Michael Wicks

s/with consent of Robert M. Birach

                                              L. MICHAEL WICKS
ROBERT M. BIRACH, ESQ.                     Assistant U.S. Attorney
645 Griswold St., Ste. 1800                 211 W. Fort St., Suite 2001
Detroit, MI 48226                            Detroit, MI 48226
(313) 964-1234                               (313) 226-9760
(P29051)                                     *Michael.Wicks@usdoj.gov*
                                              (P24457)


Dated: November 20, 2006



STEPHEN J. MURPHY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOUSSAM EDDINE HIJAZI,

       Plaintiff,

                                     CIVIL NO. 06-13901

vs.

                                     HONORABLE PATRICK J. DUGGAN

MICHAEL CANNON, Section Chief of the
National Name Check Program at the FBI, et al.,

       Defendants.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

       It is ordered that this case is dismissed without prejudice with each part to bear its own

costs and attorney's fees.

                         s/Patrick J. Duggan
                         Patrick J. Duggan
                         United States District Judge

Dated:  November 27, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on
November 27, 2006, by electronic and/or ordinary mail.

                         s/Marilyn Orem
                         Case Manager